**WILLIAM S. SCOTT, ESQ. (#72581)**
**SCOTT, NICHOLS & MATTEUCCI**
120 North Hunter Street (95202)
Post Office Box 1930
Stockton, CA  95201
(209) 942-4300

Attorneys for Defendant
**LODI UNIFIED SCHOOL DISTRICT**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LEO E. DEL CARLO, III | ) | CASE NO. 2:05-CV-01150-WBS-DAD |
|---|---|---|
| Plaintiffs, | ) | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| vs. | ) | |
| LODI UNIFIED SCHOOL DISTRICT, et al., | ) | |
| Defendants. | ) | |

THE COURT AND ALL PARTIES ARE NOTIFIED that Defendant LODI UNIFIED SCHOOL DISTRICT makes the following substitution**:**

The undersigned hereby substitutes in  WILLIAM S. SCOTT of SCOTT, NICHOLS & MATTEUCCI, 120 N. Hunter Street, Stockton, California  95202; (209) 942-4300 in the place and stead of Paul Gant of Pinnell & Kingsley of Sacramento on their behalf.

I hereby consent to this substitution.

DATED: August 11, 2005                    /s/  Madalynne Reese
                                          MADALYNNE REESE, Risk Manager
                                          LODI UNIFIED SCHOOL DISTRICT

I hereby consent to this substitution.

DATED:  August 5, 2005                    PINNELL & KINGLSEY

                                          /s/ Paul Gant
                                          PAUL GANT

---
**SUBSTITUTION OF ATTORNEYS AND ORDER**
1

1    I hereby accept such substitution.

2    Dated:  August 8, 2005                                          SCOTT, NICHOLS & MATTEUCCI

3
                                                                    /s/ William S. Scott
4                                                                   WILLIAM S. SCOTT
                                                                    Attorneys for Defendant
5                                                                   LODI UNIFIED SCHOOL DISTRICT

6

7                                             **ORDER**

8    GOOD CAUSE APPEARING, it is so ordered.

9

10   Dated:  August 18, 2005

11

12                                    _____
                                      WILLIAM B. SHUBB
13                                    UNITED STATES DISTRICT JUDGE

---

**SUBSTITUTION OF ATTORNEYS AND ORDER**

2