IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO E. DEL CARLO III,                NO.  CIV.S-05-1150 WBS DAD

    Plaintiff,

  v.                                   ORDER

LODI UNIFIED SCHOOL DISTRICT,

    Defendant.

_____/

       The parties in the above-entitled action have filed a stipulation and proposed order to extend the discovery completion date in this case.  However, in light of the other dates set by the district judge's scheduling order, the proposed new date for completion of law and motion related to discovery is unworkable. Nonetheless, considering the parties' stipulation and in light of the circumstances involving counsel's incapacitation, the joint request will be granted in part.

       Accordingly, the Status (Pretrial Scheduling) Order filed on August 31, 2005, is modified as follows:

1

1          All discovery, including depositions for preservation
2    of testimony, is left open, save and except that it shall be so
3    conducted as to be completed by **May 31, 2006**;
4          All motions to compel discovery must be noticed on
5    the magistrate judge's calendar in accordance with the local
6    rules of this court and so that such motions may be heard (and
7    any resulting orders obeyed) not later than **May 31, 2006**; and
8          All motions, except motions for continuances, temporary
9    restraining orders or other emergency applications shall be filed on
10   or before **June 30, 2006.**
11         The final pretrial conference and trial dates, and the
12   remaining terms of the scheduling order, remain unchanged.[1]
13   DATED: April 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\delcarlo1150.ext

---

[1] Any further modification of the scheduling order would implicate the final pretrial conference and trial dates. Under the Scheduling Order filed August 31, 2005, any requests to change those dates shall be heard and decided only by the assigned district judge.

2