1  **WILLIAM S. SCOTT, ESQ. (#72581)**
   **SCOTT & NICHOLS**
2  120 North Hunter Street
   Stockton, CA  95202
3  Telephone: (209) 942-4300
   Facsimile: (209) 942-4450
4
   Attorneys for Defendant
5  **LODI UNIFIED SCHOOL DISTRICT**

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | LEO E. DEL CARLO, III | ) CASE NO.  2:05-CV-01150-WBS-DAD |
11 |                       | ) **STIPULATION CONTINUING SUMMARY** |
   |         Plaintiffs,   | ) **JUDGMENT MOTION, PRE-TRIAL** |
12 | vs.                   | ) **CONFERENCE AND TRIAL DATE; AND** |
   |                       | ) **ORDER** |
13 | LODI UNIFIED SCHOOL DISTRICT, et al., | ) |
14 |                       | ) *Trial Date: 10/10/2006* |
   |         Defendants.   | ) *Courtroom:  5* |
15 | _____ | ) |

16      IT IS HEREBY STIPULATED AND AGREED by and between counsel

17 for plaintiff, BRADLEY G. BOOTH and counsel for defendant,

18 WILLIAM S. SCOTT, that the continued hearing for summary judgment

19 motion and pre-trial conference currently scheduled for September

20 18, 2006 be continued to October 2, 2006 at 1:30 p.m. due to

21 defendant's attorney being out of state at the time of the above

22 scheduled hearing.

23      IT IS HEREBY FURTHER STIPULATED AND AGREED by and between

24 counsel for plaintiff, BRADLEY G. BOOTH and counsel for

25 defendant, WILLIAM S. SCOTT, that the trial heretofore set for

26 October 10, 2006 be continued to December 5, 2006 at 9:00 a.m. or

27 as the Court may set.

28

**STIPULATION CONTINUING MOTION FOR SUMMARY JUDGMENT, PRE-TRIAL CONFERENCE AND TRIAL; AND ORDER**
1

```
 1  Dated:  August 23, 2006
 2                                      /s/ Bradley G. Booth
                                        BRADLEY G. BOOTH
 3                                      Attorney for Plaintiff
                                        LEO E. DEL CARLO, III
 4
 5  Dated:  August 28, 2006             SCOTT & NICHOLS
                                        Professional Law Corporation
 6
 7                                      /s/ William S. Scott
                                        WILLIAM S. SCOTT
 8                                      Attorneys for Defendant
                                        LODI UNIFIED SCHOOL DISTRICT
 9
```

**ORDER**

On the stipulation and agreement of the parties and of all of the attorneys of record of the parties who have appeared in this case, and good cause appearing therefore,

IT IS ORDERED that the motion for summary judgment and pre-trial conference heretofore set for September 18, 2006 be continued to October 2, 2006 at 1:30 p.m.

IT IS FURTHER ORDERED that the trial of this cause heretofore set for October 10, 2006, be continued to December 5, 2006 at 9:00 a.m. or as the court may set.

Dated:  August 28, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**STIPULATION CONTINUING MOTION FOR SUMMARY JUDGMENT, PRE-TRIAL CONFERENCE AND TRIAL; AND ORDER**

2