**WILLIAM S. SCOTT, ESQ. (#72581)**
**SCOTT & NICHOLS**
120 North Hunter Street
Stockton, CA 95202
Telephone: (209) 942-4300
Facsimile: (209) 942-4450

Attorneys for Defendant
**LODI UNIFIED SCHOOL DISTRICT**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO E. DEL CARLO, III | CASE NO. 2:05-CV-01150-WBS-DAD |
| Plaintiffs, | **STIPULATION AND NOTICE OF DISMISSAL; ORDER** |
| vs. | |
| LODI UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A General Release and Settlement Agreement between the parties has been fully executed.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action, the complaint by the Plaintiff and the counter claim by Defendant, be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(2).

Date: January 25, 2007                                Dated: January 29, 2007

/s/ Bradley Booth                                     /s/ William S. Scott
―――――――――――――――                                       ―――――――――――――――
BRADLEY BOOTH                                         WILLIAM S. SCOTT
Attorney for Plaintiff                                Attorneys for Defendants
LEO E. DEL CARLO                                      LINCOLN UNIFIED SCHOOL DISTRICT

...

**ORDER**

IT IS SO ORDERED:

DATED: January 31, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE